IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHON HOPWOOD, | ) | CASE NO. 4:98CR3056 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION TO** |
| | ) | **SEAL PETITION FOR EARLY** |
| UNITED STATES OF AMERICA, | ) | **TERMINATION OF SUPERVISED** |
| | ) | **RELEASE AND BRIEF IN** |
| Respondent. | ) | **SUPPORT OF MOTION** |

COMES NOW the Petitioner, Shon Hopwood, by and through undersigned counsel, and requests permission from the Court to seal the Petition for Early Termination of Supervised Release and Brief in Support of Motion on account of the information set forth therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

DATED this 5TH day of October, 2010.

SHON HOPWOOD,   Petitioner,

By:   s/Stuart J. Dornan
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Lustgarten & Troia PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dornanandlustgarten.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 5, 2010, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Alan L. Everett, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ron Scheidt, U.S. Probation Officer

            s/Stuart J. Dornan
            STUART J. DORNAN, #18553
            Attorney for Defendant