IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHON HOPWOOD, | ) | 4:98CR-3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO SEAL** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Shon Hopwood, by and through undersigned counsel, and requests permission from the Court to seal the Defendant's Response to Government's Objections to Termination and Request for Evidentiary Hearing and Oral Argument on account of the information set forth therein

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

SHON HOPWOOD, Defendant,

By:   s/Stuart J. Dornan
      STUART J. DORNAN, #18553
      Attorney for Defendant
      Dornan, Lustgarten & Troia PC LLO
      1403 Farnam Street, Suite 232
      Omaha, Nebraska 68102
      (402) 884-7044 (phone)
      (402) 884-7045 (fax)
      stu@dornanandlustgarten.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2010, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Alan L. Everett, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ron Scheidt, U.S. Probation Officer

                                          s/Stuart J. Dornan
                                          STUART J. DORNAN, #18553
                                          Attorney for Defendant